## Kassab, Appellant, *v.* Medical Service Association of Pennsylvania.

Argued November 30, 1966. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused June 27, 1967.

Joseph E. Lastowka, Jr., with him Francis A. Ferrara, Garland D. Cherry, and Kassab, Cherry, Curran & Archbold, for appellants.

William H. Wood, with him George H. Hafer, Robert W. Beatty, and Metzger, Hafer, Keefer, Thomas and Wood, and Butler, Beatty, Greer & Johnson, for appellee.

OPINION PER CURIAM, May 24, 1967:
Order affirmed. Appellants pay costs.

Mr. Justice COHEN took no part in the consideration or decision of this case.